# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**NORMA J. HARP,**                                                              **PLAINTIFF**

v.                                                          **CIVIL ACTION NO. 3:24-CV-433**

**COMMISSIONER OF SOCIAL SECURITY,**                                            **DEFENDANT**

## ORDER

The parties to this benefits-determination appeal asked the Court to reverse the Commissioner's decision and remand the case for further administrative proceedings. *See* DN 7 at 1; 42 U.S.C. § 405(g). The Court referred the proposed order to Magistrate Judge Edwards for a Report and Recommendation. DN 12. Judge Edwards recommended the Court grant the motion, enter a judgment reversing the Commissioner's decision, and remand the case to the Commissioner for further proceedings. DN 14.

No party has objected to the Report and Recommendation. So the law allows this Court to adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has reviewed and finds no error in Judge Edwards' conclusions. Accordingly, the Court adopts the Report and Recommendation (DN 14) and incorporates it by reference as part of this order. The Court therefore grants the joint motion to remand, enters a judgment reversing the Commissioner's decision, and remands the case to the Commissioner for further proceedings.