# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**NORMA J. HARP**                                                             **PLAINTIFF**

**v.**                                                                                   **No. 3:24-cv-433-BJB**

**COMMISSIONER OF SOCIAL SECURITY**                            **DEFENDANT**

## ORDER

The Court previously granted the parties' joint motion to remand this benefits-determination appeal for further administrative proceedings. DN 15. After filing that motion, Harp moved for an award of $760 in attorney's fees and $405 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. DN 10. The Commissioner reviewed Harp's request "and d[id] not object to the amount sought therein." DN 11. The Court referred the motion to Magistrate Judge Edwards, DN 12, whose report recommended that the Court adopt and enter the proposed stipulation awarding Harp $760 in attorney's fees and $405 in costs. DN 17.†

No party has objected to the Report and Recommendation. So the law allows this Court to adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has reviewed and finds no error in Judge Edwards's conclusions. Accordingly, the Court adopts the Report and Recommendation, incorporates it by reference as part of this order (subject to correction of the apparent scrivener's error described below), and awards Harp $760 in attorney's fees and $405 in costs.

---

† Harp's motion requested $760 in attorney's fees based on 2.5 hours of attorney time at the EAJA's standard $140-per-hour rate and 4.1 hours of paralegal time at the EAJA's standard $100-per-hour rate. The Commissioner's response—reflected in one paragraph of the Magistrate Judge's Report and Recommendation—refers instead to $706 in attorney's fees. *See* DN 11 at 1; DN 17 at 1. But the calculations above, record evidence (*see* Exhibits B and C, DNs 10-2 and 10-3), Proposed Order (DN 10-8), and Commissioner's lack of objection demonstrate beyond question that $760 is the appropriate amount.